1100986

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF RHODE ISLAND

RECEIVED JAN 12 2006 US MARSHALS RHODE ISLAND

UNITED STATES OF AMERICA

V.

ALEJANDRO RAFAEL PUJOLS-TINEO

## WARRANT FOR ARREST

CASE NUMBER: 1:06 M02 A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ALEJANDRO RAFAEL PUJOLS-TINEO
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

ILLEGALLY REENTERING THE UNITED STATES AFTER HAVING BEEN PREVIOUSLY DEPORTED WITHOUT OBTAINING THE EXPRESS CONSENT OF THE ATTORNEY GENERAL OF THE UNITED STATES TO REAPPLY FOR ADMISSION INTO THE UNITED STATES

in violation of Title 8 United States Code, Section(s) 1326(a)&(b)(2)

LINCOLN D. ALMOND
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

01-12-2006 PROVIDENCE, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at Wyatt Detention Facility

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 01/12/2006 | Charles Wyant SDUSM | Charles Wyant |
| DATE OF ARREST 01/26/2006 | | |

This form was electronically produced by Elite Federal Forms, Inc.