IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 06 25 S |
| | ) | |
| VS. | ) | CR. NO. |
| | ) | In Violation of 8 U.S.C. |
| | ) | §§ 1326(a) and (b)(2) |
| ALEJANDRO RAFAEL PUJOLS-TINEO | ) | |

**INFORMATION**

The United States Attorney charges that:

On or about December 11, 2005, Defendant ALEJANDRO RAFAEL PUJOLS-TINEO, an alien who had previously been deported from the United States, and whose removal was subsequent to a conviction for commission of an aggravated felony, knowingly entered and was found in the District of Rhode Island without having obtained the express consent of the Attorney General of the United States to reapply for admission into the United States;

all in violation of 8 U.S.C. §§ 1326(a) and (b)(2).

ROBERT CLARK CORRENTE
United States Attorney

Gerard B. Sullivan
GERARD B. SULLIVAN
Assistant U.S. Attorney
Criminal Division Chief

Adi Goldstein
ADI GOLDSTEIN
Assistant U.S. Attorney

DATE 2/28/2006