AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

USA

V.

Alejandro Rafael Pujols-Tinco

## APPEARANCE

Case Number: CR 06-25S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Alejandro Rafael Pujols-Tinco

I certify that I am admitted to practice in this court.

3-7-06

Date

[signature]

Signature

Edward C. Roy Jr. 3029

Print Name Bar Number

10 Weybossett Street, Suite 300

Address

Providence RI 02903

City State Zip Code

(401) 528-4281 (401) 528-4285

Phone Number Fax Number