O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
ALEJANDRO RAFAEL PUJOLS-TINEO

WAIVER OF INDICTMENT

CR 06 25 S

CASE NUMBER:

I, Alejandro Rafael Pujols-Tineo, the above named defendant, who is accused of Illegal re-entry in violation of 8 U.S.C. 1326(a) and (b)(2).

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on March 7, 2006 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Alejandro Rafael Pujols-Tineo
Defendant

Edward C. Roy, Esq.
Counsel for Defendant

Before USMJ
Judicial Officer