**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 05-137-04T** |
| | ) | **CR No. 05-25S** |
| **ALEJANDRO PUJOLS** | ) | |

---

## MOTION TO CONSOLIDATE

Now comes the defendant, Alejandro Pujols and, through counsel, hereby moves this Honroable Court to consolidate the above-referenced cases for purposes of sentencing.

The government has no objection to the requested consolidation.

Respectfully submitted
Alejandro Pujols
By his attorney,

Edward C. Roy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

## CERTIFICATION

I hereby certify that I hand-delivered a copy of this motion, to Adi Goldstein, Assistant United States Attorney and mailed to George West, Esq., One Turks Head Place, Suite 312, Providence, RI 02903-2215; Emili Vaziri, Esquire, 160 Plainfield Street, Providence, RI 02909; Robert B. Mann, Esquire, 501 Turks Head Place, Providence, RI 02903; John Bevilaqua, Esquire, 380 Broadway, Providence, RI 02909; Michael Fontaine, Esquire, 194 Waterman Street, Providence, RI 02906, on April 7th 2006.