UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
APR 11 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
VS. ) CR No. 05-137-04T
) CR No. 05-25S
ALEJANDRO PUJOLS )

## MOTION TO CONSOLIDATE

Now comes the defendant, Alejandro Pujols and, through counsel, hereby moves this Honroable Court to consolidate the above-referenced cases for purposes of sentencing.

The government has no objection to the requested consolidation.

Case No. 05-25S shall be consolidated under Case No. 05-137-04T and reassigned to Judge Torres
WmSm
USDJ
4/14/06

Respectfully submitted
Alejandro Pujols
By his attorney,

Edward C. Roy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that I hand-delivered a copy of this motion, to Adi Goldstein, Assistant United States Attorney and mailed to George West, Esq., One Turks Head Place, Suite 312, Providence, RI 02903-2215; Emili Vaziri, Esquire, 160 Plainfield Street, Providence, RI 02909; Robert B. Mann, Esquire, 501 Turks Head Place, Providence, RI 02903; John Bevilaqua, Esquire, 380 Broadway, Providence, RI 02909; Michael Fontaine, Esquire, 194 Waterman Street, Providence, RI 02906, on April 11th 2006.